UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLEGARIO BANUELOS, | ) |
| | ) |
| Plaintiff, | ) Case: 1:24-cv-04549 |
| | ) |
| v. | ) |
| | ) |
| ACTION MANAGEMENT GROUP, LLC, | ) |
| AND EASTEK INTERNATIONAL | ) Jury Trial Demanded |
| CORPORATION, | ) |
| | ) |
| Defendant. | |

## STIPULATION TO DISMISS

It is hereby stipulated between Plaintiff, Olegario Banuelos, and Action Management Group, LLC and Eastek International Corporation ("Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 14th day of October, 2024.

AGREED TO BY:

/s/ *Alexander J. Taylor*
Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

/s/ *Maggie Nance (With Consent)*
Maggie Nance
O'Hagan Meyer
1 E. Wacker Drive, Suite 3400
Chicago, IL 60601
Phone (312) 422-6195
mnance@ohaganmeyer.com
*Attorney for Defendant*